# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ARKANSAS METHODIST HOSPITAL
CORPORATION d/b/a ARKANSAS
METHODIST MEDICAL CENTER                        Plaintiff/Counter-Defendant

vs.                          NO. 3:04CV00362 SWW

CRAIG W. FORBES, M.D.                            Defendant/Counter-Claimant


### JUDGMENT ON JURY VERDICT

This action came on for trial April 24, 2006, before the Court and a jury, Judge Susan Webber Wright, United States District Court Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatories No. 1 and No. 2 on April 27, 2006; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that plaintiff/counter-defendant Arkansas Methodist Hospital Corporation, d/b/a Arkansas Methodist Medical Center, have and recover of and from defendant/counter-claimant Craig W. Forbes, M.D., the sum of $529,399.13 for compensatory damages, together with interest from this date until paid at the rate of 4.90% per annum as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED that, in light of the jury verdict, the counter-claim filed in this matter should be, and hereby is, dismissed.

IT IS SO ORDERED this 27th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE