IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ARKANSAS METHODIST HOSPITAL CORPORATION d/b/a/ Arkansas Methodist Medical Center, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:04CV00362 SWW |
| CRAIG W. FORBES, M.D., | * * | |
| Defendant. | * | |

## Order

Before the Court is plaintiff's motion to compel to which defendant has responded. In light of defendant's response that he has provided the information plaintiff seeks, the Court finds the motion (docket entry 63) should be and is hereby denied as moot.

SO ORDERED this 12th day of September 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE